105 A.3d 660

Richard C. CURRAN, Petitioner

v.

Hon. William H. WIEST, President Judge,
Northumberland County, Respondent.

No. 176 MM 2014.

Supreme Court of Pennsylvania.

Dec. 11, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of December, 2014, the Application for Leave to File Original Process is **GRANTED,** the Petition for Writ of Mandamus is **DENIED,** and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.